# AFFIDAVIT OF SERVICE

**Index #:** 19-CV-4393
**Date Filed:** September 23, 2019
**AOS Filed:**
**Court Date:**
**File No.:**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**ATTORNEY(S):** Law Office of Simon Rosen, PLLC Simon Rosen, Esq.
**ADDRESS:** 325 Chestnut Street, Suite 800 Philadelphia, PA 19106 PH:215-564-0212

**WILLIAM HINSON,**
*Plaintiff*

vs

**SAM CHIJIOKE ONWUCHEKWA doing business as SEABURN PUBLISHING GROUP and TIRIA ONWUCHEKWA,**
*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU SS.:

ELHAM SHATARA, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On October 9, 2019 at 2:08 PM at 23843 117TH ROAD, ELMONT, NY 11003, deponent served the within **Summons in A Civil Action, Civil Cover Sheet and Civil Complaint Jury Trial Demanded** with Index Number 19-CV-4393, and Date Filed September 23, 2019 endorsed thereon, on: **TIRIA ONWUCHEKWA**, **Defendant** therein named.

| # | | |
|---|---|---|
| #1 | INDIVIDUAL ☐ | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| #2 | CORP./ENTITY ☐ | By delivering to and leaving with who indicated they were authorized to accept service on behalf of the Corporation/Entity. |
| #3 | SUITABLE AGE PERSON ☒ | By delivering a true copy of each to **SAM CHIJIOKE ONWUCHEKWA - HUSBAND -** a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state. |
| #4 | AFFIXING TO DOOR ☐ | By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called threat on |
| #5 | MAIL COPY ☒ | On October 10, 2019, deponent completed service under the last two sections by depositing a copy of the ABOVE DOCUMENTS to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. |
| #6 | NON-SRVC ☐ | After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other: |

**Attempts**

| #7 | DESCRIPTION ☒ (use with #1, 2 or 3) | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex Male Color of skin Black Color of hair Gray Age 51 - 65 Yrs. Height 5ft9in - 6ft0in Weight Over 200 Lbs. Other Features: Mustache/Beard |
| --- | --- | --- |
| #8 | WIT. FEES ☐ | $ the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient. |
| #9 | MILITARYSRVC ☒ | Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not. |
| #10 | OTHER ☐ | |

Sworn to before me on this 10th day of October, 2019

**STEVEN M SHURGIN**
NOTARY PUBLIC, State of New York
No. 01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2020

**STEPHANIE GALLIGAN**
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2020



**ELHAM SHATARA**
Server's Lic #2067483
Work Order # 1120757

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE, STE. 150, WESTBURY, NY 11590 TEL 516-333-6380 FAX 516-333-6382

NYC DCA LIC. # 1381942