IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HINSON | Civil Action No. 19-CV-4393 |
| v. : | |
| SAM CHIJIOKE ONWUCHEKWA : | |
| d/b/a SEABURN PUBLISHING GROUP : | |
| and : | |
| TIRIA ONWUCHEKWA : | |
| d/b/a SEABURN PUBLISHING GROUP : | |

## REQUEST FOR ENTRY OF DEFAULT

To: MICHAEL E. KUNZ, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

Please enter default in favor of plaintiff WILLIAM HINSON and against defendants SAM CHIJIOKE ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP and TIRIA ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above captioned action as fully appears from the court file herein and from the attached Declaration.

Dated: November 12, 2019        By: /*Simon Rosen, Esq./ (6279)*

                                               Law Office of Simon Rosen, PLLC
                                               By: Simon Rosen, Esquire
                                               ID#38603
                                               Counsel for Plaintiff
                                               325 Chestnut Street, Suite 800
                                               Philadelphia, PA  19106
                               (215)564-0212 / (f) (215)893-3900

| | |
|---|---|
| **WILLIAM HINSON** | Civil Action No. 19-CV-4393 |
| v. | |
| **SAM CHIJIOKE ONWUCHEKWA** d/b/a SEABURN PUBLISHING GROUP | |
| and | |
| **TIRIA ONWUCHEKWA** d/b/a SEABURN PUBLISHING GROUP | |

## ENTRY OF DEFAULT

I, Michael E. Kunz, Clerk of Court of the United States District Court for the Eastern District of Pennsylvania, do hereby certify that the counterclaim defendants SAM CHIJIOKE ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP and TIRIA ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP have not filed an answer or otherwise moved with respect to the Complaint herein. The default of defendants SAM CHIJIOKE ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP and TIRIA ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated as of: November 12, 2019

Michael E. Kunz

Clerk of Court

By: _____

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HINSON | Civil Action No. 19-CV-4393 |
| v. : | |
| SAM CHIJIOKE ONWUCHEKWA<br>d/b/a SEABURN PUBLISHING GROUP : | |
| and : | |
| TIRIA ONWUCHEKWA<br>d/b/a SEABURN PUBLISHING GROUP : | |

## ORDER OF DEFAULT

The Complaint in this action having been duly served on defendants SAM CHIJIOKE ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP and TIRIA ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP  (see Complaint and Affidavits of Service, collectively Docs. #1, #2, #3) and defendants having failed to plead or otherwise defend in this action, and said default having been duly noted.

NOW, on request of Simon Rosen, Esquire, the attorney for plaintiff WILLIAM HINSON. An Order of Default is entered in favor of plaintiff WILLIAM HINSON and against defendants SAM CHIJIOKE ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP and TIRI ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP.

Dated: _____, 2019

By: _____

United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM HINSON** | Civil Action No. 19-CV-4393 |
| v. | |
| **SAM CHIJIOKE ONWUCHEKWA** d/b/a **SEABURN PUBLISHING GROUP** | |
| and | |
| **TIRIA ONWUCHEKWA** d/b/a **SEABURN PUBLISHING GROUP** | |

## DECLARATION OF SIMON J. ROSEN, ESQ.

I, Simon J. Rosen, Esq., counsel for plaintiff, hereby Declare and affirm that the following is true and correct, to the best of my knowledge, information and belief:

1. I am counsel of record for plaintiff in this matter.

2. The facts as alleged in the Complaint are true and correct.

3. Defendants SAM CHIJIOKE ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP and TIRIA ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP were duly served with the Complaint.

4. Defendants SAM CHIJIOKE ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP and TIRIA ONWUCHEKWA d/b/a SEABURN PUBLISHING GROUP have failed to file an answer or other appropriate responsive pleading.

5. An Entry and Order of Default is appropriate as against said defendants, and a formal Motion for Default Judgment, requesting damages, shall ensue.

Dated: November 12, 2019           /Simon Rosen, Esq./ (#6279)
              Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM HINSON | Civil Action No. 19-CV-4393 |
| v. | |
| SAM CHIJIOKE ONWUCHEKWA<br>d/b/a SEABURN PUBLISHING GROUP | |
| and | |
| TIRIA ONWUCHEKWA<br>d/b/a SEABURN PUBLISHING GROUP | |

**CERTIFICATE OF SERVICE**

I, Simon Rosen, Esq. hereby certify that on this 12th day of November, 2019, pursuant to applicable Federal and Local Rule, a true copy of plaintiff's Request for Entry of Default and accompany documents were filed electronically and are available for viewing and downloading from the ECF system, and a copy thereof sent to said defendants' address of record, by US. Regular 1st class mail, postage prepaid, by depositing same in US Mailbox.

Dated: November 12, 2019

/Simon Rosen, Esq./

Counsel for Plaintiff