IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM HINSON            Civil Action No. 19-CV-4393

    v.

SAM CHIJIOKE ONWUCHEKWA
d/b/a SEABURN PUBLISHING GROUP

   and

TIRIA ONWUCHEKWA
d/b/a SEABURN PUBLISHING GROUP

**NOTICE OF VOLUNTARY DISMISSAL**

To the Clerk of the Court:

Pursuant to F.R.Civ.Pro. 41 (a)(1)(A)(i), kindly mark this matter is DISMISSED as to all defendants.

Dated: January 20, 2020          /Simon Rosen, Esq./

1